# United States Court of Appeals for the Federal Circuit

---

**ASPECTS FURNITURE INTERNATIONAL, INC., IMSS, LLC,**

*Plaintiffs-Appellants*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2021-2060, 2021-2061

---

Appeals from the United States Court of International Trade in Nos. 1:18-cv-00222-MAB, 1:19-cv-00029-MAB, Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered July 28, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 19, 2022　　　　/s/ Peter R. Marksteiner
　　　Date　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　Clerk of Court